CPS-253                                                      June 22, 2006
## UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

C.A. No. **06-2966**

IN RE: TSCHAKA FORTT



U. S. DISTRICT COURT - DE
MISC. CASE # 06-136

Present: BARRY, SMITH AND NYGAARD, CIRCUIT JUDGES

Submitted is Petitioner's application pursuant to 28 U.S.C. § 2244 to file a
second or successive habeas corpus petition

in the above-captioned case.

Respectfully,

Clerk

MMW/DMP/nf/arl

_____ORDER_____

The foregoing application pursuant to 28 U.S.C. § 2244 to file a second or successive 28
U.S.C. § 2254 petition is denied. Fortt's application does not meet the standard for
authorizing a second or successive habeas application. See 28 U.S.C. § 2244(b)(2).

By the Court,

/s/ D. Brooks Smith
Circuit Judge

2006 JUL 20  PM 2: 47

Dated: July 17, 2006
CLW/arl/cc: Mr. Tschaka Fortt
            Thomas E. Brown, Esq.